UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATE OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FRANCISCO ILLARRAMENDI,<br><br>Defendant. | Criminal No. 3:11 CR 41 (SRU) |

CONSENT MOTION

Whereas, this Court has released defendant and required that he be confined to home, and

Whereas, the home confinement allows for defendant to attend meetings at his attorneys' offices in New York, New York as well as other meetings, and

Whereas, in order for defendant's home confinement allow for his fulfillment of court-ordered obligations and court appearances, it is therefore requested (and when signed by this Court will become a binding court order) that

1

rather than home confinement the Court order electronic monitoring with a curfew requiring defendant to be at his Connecticut home between the hours of 7:00 p.m. and 7:00 a.m. each day, and

    Whereas counsel for defendant shall notify the United States Probation Office via email whenever defendant shall travel to New York City for meetings with his counsel or other meetings, and

    Whereas counsel for the United States of America has no objection to so amending the release order.

Dated: March 7, 2011

By: /s/ *John P. Gleason, Esq.*
    John P. Gleason, Esq.
    (Fed Bar # PHV 5151)

122 East 42nd Street
New York, New York 10168
jgleason@gleasonkoatz.com
Attorney for defendant
Francisco Illarramendi


## S O  O R D E R E D

This [   ] day of March, 2011 at Bridgeport, Connecticut.

                _____
                    Stefan R. Underhill
                  United States District Judge