AO 455 (Rev. 9/98) Waiver of Indictment

United States District Court
District of Connecticut
FILED AT BRIDGEPORT
March 7, 2011
Roberta D. Tabora, Clerk
By: B. Shallui
Deputy Clerk

## UNITED STATES DISTRICT COURT

**DISTRICT OF CONNECTICUT**

| United States of America | **WAIVER OF INDICTMENT** |
|---|---|
| V. | |
| FRANCISCO ILLARRAMENDI | DOCKET NUMBER: 3:11CR 41 (SRU) |

    I, FRANCISCO ILLARRAMENDI, the above-named defendant, who is accused in Counts One and Two with wire fraud in violation of 18 U.S.C. § 1343, in Count Three with securities fraud in violation of 15 U.S.C. §§ 78j(b) & 78ff, 17 C.F.R. § 240.10b-5, in Count Four with investment adviser fraud in violation of 15 U.S.C. §§ 80b-6 & 80b-17, and in Count Five with conspiracy to obstruct justice, obstruct an official proceeding and to defraud the United States Securities and Exchange Commission in violation of 18 U.S.C. § 371, being advised of the nature of the charges, the proposed Five Count Information, and of my rights, hereby waive in open court on March 7, 2011, prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
FRANCISCO ILLARRAMENDI
Defendant

_____
JOHN P. GLEASON, ESQ.
Counsel for Defendant

Before /s/ Stefan R. Underhill      3/7/11
Honorable Stefan R. Underhill
United States District Court Judge