AO 458 (Rev. 11/98) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF    CONNECTICUT

UNITED STATES OF AMERICA

V.    **APPEARANCE**

FRANCISCO ILLARRAMENDI

DOCKET NUMBER: 3:11-CR-00041(SRU)

To The Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for the United States of America.

| | |
|---|---|
| May 6, 2011 | /S/ |
| DATED | SIGNATURE |
| | RICHARD J. SCHECHTER |
| | PRINT NAME |
| | ASSISTANT UNITED STATES ATTORNEY |
| | ct24238 |
| | FEDERAL BAR NUMBER |
| | United States Attorney's Office |
| | 1000 Lafayette Boulevard 10th Floor |
| | ADDRESS |
| | Bridgeport, Connecticut   06604 |
| | CITY       STATE       ZIP CODE |
| | 203-696-3000 |
| | PHONE NUMBER |
| | Richard.Schechter@usdoj.gov |
| | E-MAIL ADDRESS |

## CERTIFICATE OF SERVICE

      I hereby certify that on May 6, 2011, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

/S/_____
RICHARD J. SCHECHTER
Assistant United States Attorney