UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATE OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FRANCISCO ILLARRAMENDI,<br><br>Defendant. | Criminal No. 3:11 CR 41 (SRU)<br><br>Filed Under Seal |

CONSENT MOTION

Whereas Francisco Illarramendi ("Illarramendi") pleaded guilty March 7, 2011 to all counts alleged in the Information filed by the United States of America (the "Government"), and

Whereas Illarramendi was released on March 7, 2011 on specified conditions governing his presentencing release, including that he post certain properties with the clerk of the court to secure his release,

Whereas Illarramendi owns four properties (collectively, the "Properties") located at (i) 61 Parade Hill Lane, New Canaan, Connecticut, (ii) 52 Park Avenue,

1

Unit 1, New York, New York, (iii) 5301 Westbard Circle, Unit 242, Bethesda, Maryland, and (iv) 5301 Westbard Circle, Unit 408, Bethesda, Maryland.

Whereas Illarramendi requests an extension of time to until September 28, 2011 to post the Properties as bail, and

Whereas Illarramendi, without any objection from the Government, hereby requests permission from the Court to post the Properties prior to September 28, 2011.

Dated: June 15, 2011

By: /s/ *John P. Gleason, Esq.*
John P. Gleason, Esq.
(Fed Bar # PHV 5151)

122 East 42nd Street
New York, New York 10168
jgleason@gleasonkoatz.com
Attorney for defendant
Francisco Illarramendi

S O   O R D E R E D

This [  ] day of June, 2011 at Bridgeport, Connecticut.

_____
Stefan R. Underhill
United States District Judge