UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No.: 3:11CR41 (SRU) |
| | : | |
| | : | |
| FRANCISCO ILLARRAMENDI | : | November 4, 2013 |

**GOVERNMENT'S NOTICE THAT THE RECEIVER'S LOSS CALCULATION HAS BEEN PROVIDED TO PROBATION AND DEFENSE COUNSEL**

Defendant Francisco Illarramendi (hereafter "Illarramendi") is currently detained pending sentencing in the above-captioned matter, which date is not currently scheduled. By this notice, the Government is advising the Court that it has furnished the loss calculation prepared by the court appointed receiver in *SEC v. Illarramendi*, 3:11CV78 (JBA) to Mr. Illarramendi's counsel and the Probation Officer assigned to the above-captioned matter.

Respectfully submitted,

DEIRDRE M. DALY
ACTING UNITED STATES ATTORNEY

/s/
PAUL A. MURPHY
ASSISTANT U.S. ATTORNEY
United States Attorney's Office
1000 Lafayette Boulevard, 10th Floor
Bridgeport, Connecticut 06604
(203)696-3000
Federal Bar No. CT26654

/s/
RICHARD J. SCHECHTER
SENIOR LITIGATION COUNSEL
United States Attorney's Office
1000 Lafayette Boulevard, 10th Floor
Bridgeport, Connecticut 06604
(203)696-3000
Federal Bar No. CT24238

## CERTIFICATE OF SERVICE

  I hereby certify that on November 4, 2013, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.   Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.   Parties may access this filing through the Court's CM/ECF.

              ___/s/_____
              RICHARD J. SCHECHTER
              SENIOR LITIGATION COUNSEL